B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  Sunset Metal Works, Inc.
                              Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Universal Steel Company<br>6600 Grant Avenue<br>Cleveland, OH 44105 | Universal Steel Company<br>6600 Grant Avenue<br>Cleveland, OH 44105 | | | 125,301.26 |
| Aerotek Commercial Staffing<br>4250 Crums Mill Road<br>#105<br>Harrisburg, PA 17112 | Aerotek Commercial Staffing<br>4250 Crums Mill Road<br>#105<br>Harrisburg, PA 17112 | | | 97,395.81 |
| Pennsylvania Steel Company<br>3317 Board Rd<br>York, PA 17402 | Pennsylvania Steel Company<br>3317 Board Rd<br>York, PA 17402 | | | 52,330.79 |
| Kathy Frazer<br>P.O. Box 69<br>Orrstown, PA 17244 | Kathy Frazer<br>P.O. Box 69<br>Orrstown, PA 17244 | | | 41,680.31 |
| Roberts Oxygen Company<br>15830 Redland Road<br>Pittston, PA 18640 | Roberts Oxygen Company<br>15830 Redland Road<br>Pittston, PA 18640 | | | 25,087.09 |
| Gabler Trucking, Inc<br>1580 Gabler Road<br>Chambersburg, PA 17201 | Gabler Trucking, Inc<br>1580 Gabler Road<br>Chambersburg, PA 17201 | | | 24,780.89 |
| Health Assurance Pa Inc<br>2601 Market Place<br>Harrisburg, PA 17110 | Health Assurance Pa Inc<br>2601 Market Place<br>Harrisburg, PA 17110 | | | 24,536.84 |
| Cincinnati Insurance Company<br>122 S. Broad St<br>Hughesville, PA 17737 | Cincinnati Insurance Company<br>122 S. Broad St<br>Hughesville, PA 17737 | | | 23,489.00 |
| Alabama Metal Industries Corp<br>3245 Fayette Avenue<br>Birmingham, AL 35208 | Alabama Metal Industries Corp<br>3245 Fayette Avenue<br>Birmingham, AL 35208 | | | 23,242.01 |
| Metals USA<br>P.O. Box 3127<br>York, PA 17402 | Metals USA<br>P.O. Box 3127<br>York, PA 17402 | | | 21,454.04 |
| Rotz & Stonesifer<br>1134 Kennebec Drive<br>Mc Lean, VA 22102 | Rotz & Stonesifer<br>1134 Kennebec Drive<br>Mc Lean, VA 22102 | | | 17,206.16 |

B4 (Official Form 4) (12/07) - Cont.

In re  Sunset Metal Works, Inc.                                   Case No. _____
              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Capital One<br>P.O. BOX 30253<br>Salt Lake City, UT 84130 | Capital One<br>P.O. BOX 30253<br>Salt Lake City, UT 84130 | | | 14,760.30 |
| Global Data Consultants LLC<br>114 Kennebec Drive<br>Chambersburg, PA 17201 | Global Data Consultants LLC<br>114 Kennebec Drive<br>Chambersburg, PA 17201 | | | 11,746.98 |
| Fastenal Industrial Supplies<br>2001 Theurer Blvd.<br>Winona, MN 55987 | Fastenal Industrial Supplies<br>2001 Theurer Blvd.<br>Winona, MN 55987 | | | 10,546.51 |
| Roberts Oxygen Company 83220<br>15830 Redland Road<br>Pittston, PA 18640 | Roberts Oxygen Company 83220<br>15830 Redland Road<br>Pittston, PA 18640 | | | 10,115.71 |
| Chase Bank<br>P.O. BOX 15298<br>Wilmington, DE 19850 | Chase Bank<br>P.O. BOX 15298<br>Wilmington, DE 19850 | | | 9,569.57 |
| John H. Bricker Welding<br>1354 Sollenberger Road<br>Chambersburg, PA 17202 | John H. Bricker Welding<br>1354 Sollenberger Road<br>Chambersburg, PA 17202 | | | 9,489.38 |
| West Penn Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606 | West Penn Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606 | | | 8,451.39 |
| Castle Machine Company<br>5865 Bullitt Road<br>Greencastle, PA 17225 | Castle Machine Company<br>5865 Bullitt Road<br>Greencastle, PA 17225 | | | 8,321.50 |
| Automotive Fasteners<br>211 S. Elm-Eugene St<br>Greensboro, NC 27406 | Automotive Fasteners<br>211 S. Elm-Eugene St<br>Greensboro, NC 27406 | | | 7,755.47 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 12, 2015                Signature  /s/ James B. Nicklas
                                                James B. Nicklas
                                                President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy